UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 17238
     DELILAH A BUSCH
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

              Debtor
     SSN XXX-XX-7924

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/02/2008 and was not confirmed.

     The case was dismissed without confirmation 10/01/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE AUTO FINANCE | SECURED VEHIC | 24043.34 | .00 | .00 |
| CHASE AUTO FINANCE | UNSECURED | 4255.77 | .00 | .00 |
| CHASE AUTO FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 60407.39 | .00 | .00 |
| D PATRICK MULLARKEY | NOTICE ONLY | NOT FILED | .00 | .00 |
| DISTRICT COUNSEL | NOTICE ONLY | NOT FILED | .00 | .00 |
| UNITED STATES ATTORNEY | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AQUA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1533.91 | .00 | .00 |
| CALVIN MOSES | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CITI MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 3118.23 | .00 | .00 |
| COM ED | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 13973.80 | .00 | .00 |
| DISTRICT DIRECTOR | NOTICE ONLY | NOT FILED | .00 | .00 |
| DISTRICT DIRECTOR | NOTICE ONLY | NOT FILED | .00 | .00 |
| DISTRICT DIRECTOR | NOTICE ONLY | NOT FILED | .00 | .00 |
| ENTERPRISE RENT A CAR | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE RENT A CAR | NOTICE ONLY | NOT FILED | .00 | .00 |
| FAMOUS HOME FURNISHINGS | UNSECURED | NOT FILED | .00 | .00 |
| GENESIS FINANCIAL SERVIC | UNSECURED | 864.00 | .00 | .00 |
| HOMEWOOD DISPOSAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS LENDING GROUP | UNSECURED | NOT FILED | .00 | .00 |
| LANSING CLEANERS | UNSECURED | NOT FILED | .00 | .00 |
| LANSING CLEANERS | NOTICE ONLY | NOT FILED | .00 | .00 |
| LARRY & CORRINE HUNLEY | UNSECURED | 12372.76 | .00 | .00 |
| LARRY & CORRINE HUNLEY | NOTICE ONLY | NOT FILED | .00 | .00 |
| LOAN EXPRESS CO | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 17238 DELILAH A BUSCH

| | | | | |
|---|---|---|---|---|
| NCO | UNSECURED | NOT FILED | .00 | .00 |
| NDC ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| NDC ILLINOIS | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESTORATION HARDWARE | UNSECURED | NOT FILED | .00 | .00 |
| RESTORATION HARDWARE | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| SBC ILLINOIS | NOTICE ONLY | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | NOTICE ONLY | NOT FILED | .00 | .00 |
| STANLEY STEAMER | UNSECURED | NOT FILED | .00 | .00 |
| STANLEY STEAMER | NOTICE ONLY | NOT FILED | .00 | .00 |
| STAR A & J DISPOSAL | UNSECURED | NOT FILED | .00 | .00 |
| STAR A & J DISPOSAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1188.76 | .00 | .00 |
| TIMOTHY K LIOU | DEBTOR ATTY | 1,759.20 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:
```
-------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        ---------------     ---------------
TOTALS                           .00                .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/27/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
              CASE NO. 08 B 17238 DELILAH A BUSCH